# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00791-CR

**Shane Allen Machicek, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
### NO. 2023R-252, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due February 11, 2026. After this Court granted multiple motions requesting an extension of time to file her brief, appellant's brief was due June 15, 2026. In granting the most recent extension, this Court advised counsel that no further extensions would be granted. To date, the brief has not been tendered for filing and is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate

supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than July 10, 2026. *See id.* R. 38.8(b)(3).

It is so ordered June 26, 2026.

Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed:   June 26, 2026

Do Not Publish